## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03322-CMA-MEH

Roxanne Rivera, individually,

    Plaintiff,

v.

Queen's Care In Home, Inc., a Colorado corporation,

Queen Moses, individually,

    Defendants.

## NOTICE OF SETTLEMENT

COME NOW the parties, Plaintiff Roxanne Rivera, through her counsel, Mitchiner Law, LLC, respectfully notifies the Court that the parties have agreed to amicably settle this matter. Counsel for the Plaintiff will file dismissal papers upon the completion of Defendants' settlement payments, last payment to be made on April 10, 2020.

Respectfully submitted this 20 January 2020.

    Mitchiner Law, LLC

    By:

    /s/ Thomas H. Mitchiner
    Thomas H. Mitchiner
    Mitchiner Law, LLC
    1888 N. Sherman St., Ste. 200
    Denver, CO 80203
    PH # 720-538-0371
    tmitchiner@mitchinerlawllc.com

2

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was served via Email on January 20, 2020, addressed to:

Queen Moses
qmoses@queenscareinhome.com

Queen Moses, as Registered Agent for
Queen's Care In Home, Inc.
qmoses@queenscareinhome.com

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner

2