IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03322-CMA-MEH

ROXANNE RIVERA,

      Plaintiff,

v.

QUEEN'S CARE IN HOME, INC., and
QUEEN MOSES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2020**.

      Before the Court is a Notice of Settlement filed by the Plaintiff (ECF 11). In light of the settlement of this matter, the Scheduling Conference currently set for February 14, 2020 is **vacated**. The parties shall file dismissal papers with the Court on or before February 28, 2020.