## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03322-CMA-MEH

Roxanne Rivera, individually,

    Plaintiff,

v.

Queen's Care In Home, Inc., a Colorado corporation,

Queen Moses, individually,

    Defendants.

---

**MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

COME NOW, Plaintiff Roxanne Rivera, by and through her counsel, Thomas H. Mitchiner of Mitchiner Law, LLC, hereby submits her Motion to Dismiss all Claims pursuant to F.R.C.P. 41(a)(1)(A)(i), and in support states as follows:

1. Defendants and Plaintiff have complied with the Settlement Agreement, and therefore pursuant to the settlement agreement this case should be dismissed with prejudice.

WHEREFORE, Plaintiff Roxanne Rivera requests that the Court enter an Order dismissing all her claims against Defendants with prejudice, and any other relief the Court deems necessary.

Respectfully submitted this 27 April 2020.

Mitchiner Law, LLC

By:

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner
Mitchiner Law, LLC
1888 N. Sherman St., Ste. 200
Denver, CO 80203
PH # 720-538-0371
tmitchiner@mitchinerlawllc.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was served via Email on April 27, 2020, addressed to:

Queen Moses
qmoses@queenscareinhome.com

Queen Moses, as Registered Agent for
Queen's Care In Home, Inc.
qmoses@queenscareinhome.com


/s/ Thomas H. Mitchiner
Thomas H. Mitchiner

2