IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-03322-CMA-MEH

ROXANNE RIVERA,

    Plaintiff,

v.

QUEEN'S CARE IN HOME, INC., *a Colorado corporation*, and
QUEEN MOSES, *individually*,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff Roxanne Rivera's Motion to Dismiss All Claims With Prejudice. (Doc. # 13.) The Court, having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: April 28, 2020

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge